■ In the Matter of BOARD OF FIRE COMMISSIONERS OF TAPPAN FIRE DISTRICT, Appellant, v PLANNING BOARD OF TOWN OF ORANGETOWN, Respondent. [678 NYS2d 508] —In a proceeding pursuant to CPLR article 78 to review a determination of the respondent Planning Board of the Town of Orangetown, dated June 12, 1996, which denied the petitioner's application for preliminary site-plan approval, the petitioner appeals from a judgment of the Supreme Court, Rockland County (Weiner, J.), dated September 2, 1997, which dismissed the petition.

Ordered that the judgment is affirmed, without costs or disbursements.

There is insufficient evidence to establish that, under the " 'balancing of public interests' * * * test" propounded by the Court of Appeals in *Matter of County of Monroe (City of Rochester)* (72 NY2d 338, 341), the appellant is entitled to proceed with its plan to construct a driveway and additional parking spaces for its fire station without the site plan approval which would ordinarily be required. We note that the respondent, in its determination, merely indicated a preferred location for the parking spaces in question, and did not totally preclude the construction of a parking area. Bracken, J. P., Rosenblatt, Ritter and Florio, JJ., concur.